AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

FILED
2007 SEP 27 A 11: 10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Mario SOLANO-Ocampo

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: CR 07 70580 PVT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __8/24/2007__, in __Monterey County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
 Official Title

facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__9/27/07__ at __San Jose, California__
Date                                                    City and State

Patricia V. Trumbull                              _____
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer
Name & Title of Judicial Officer

RE: Mario SOLONO-Ocampo                                                                                    A 77 187 421

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT Mario SOLONO-Ocampo (*AKA: Omar GARCIA*) is a 31 year-old single male whose date of birth is currently understood to be July 25, 1976. He is a citizen and native of Tijuana, Mexico as substantiated by a sworn statements made to that effect by the DEFENDANT during an interview that was initiated on August 24, 2007 at Soledad State Prison by ICE Immigration Enforcement Agent (IEA) Patrick Malate of the San Jose, California DRO Sub-Office;

(2) The DEFENDANT has been assigned Alien Registration number of A 77 187 421, FBI number of 003332WA3, and California Criminal State ID Number of 10651823;

(3) On December 16, 1996, the DEFENDANT was convicted in the Superior Court of California/County of Los Angeles, for the following felony offenses: INFLICTING CORPORAL INJURY ON A SPOUCE, in violation of California Penal Code Section 273.5(A) *and* FORCE/ADW NOT A FIREARM: GBI LIKELY, in violation of California Penal Code Section 245(A)(1), for which the DEFENDANT was sentenced to one year in prison. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(F);

(4) On February 27, 1998, the DEFENDANT was convicted in the Superior Court of California/County of Los Angeles {Central District}, for the following offense: GRAND THEFT FROM A PERSON, a felony, in violation of California Penal Code Section 487, for which the DEFENDANT was sentenced to two years in prison. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(G);

(5) On April 13, 1999, the DEFENDANT was determined to be unlawfully present in the United States by the ICE Deputy Director Bakersfield, California and ordered deported from the United States to Mexico;

RE: Mario SOLONO-Ocampo                                         A 77 187 421

(6) On May 13, 2003, the DEFENDANT was convicted in the Superior Court of California/County of Los Angeles {East District}, for the following offense: POSSESSION OF A CONTROLLED DESIGNATED SUBSTANCE {Cocaine}, a felony, in violation of California Health and Safety Code Section 11350(A) and was sentenced to two years in prison. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(7) On December 8, 2005, the DEFENDANT was convicted in the Superior Court of California/County of Los Angeles {East District}, for the following offense: BURGLARY IN THE SECOND DEGREE, a felony, in violation of California Penal Code Section 459 and was sentenced to two years and eight months in prison;

(8) On, August 24, 2007, the Defendant was encountered by IEA Patrick Malate, at Soledad State Prison, and determined to be unlawfully present in the United States after a prior deportation. IEA Malate read the DEFENDANT of his **Miranda** rights in both the English and the Spanish language. The DEFENDANT waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Secretary of the Department of Homeland Security or the United States Attorney General to reenter the United States;

(9) The DEFENDANT'S official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(10) Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.

```
                          Timothy F. Purdy
                          Deportation Officer
                          Immigration and Customs Enforcement
```

Subscribed and sworn to before me this ___ day of September, 2007

```
                          Patricia V. Trumbull
                          UNITED STATES MAGISTRATE JUDGE
```