AO 455 (Rev. 5/85)   Waiver of Indictment   ⊕

# United States District Court

—————————— DISTRICT OF ——————————

*FILED*

*NOV 0 1 2007*

*CLERK*
*NORTHERN DI...*
*...URT*
*...JOSE, CALIFORNIA*

UNITED STATES OF AMERICA

V.

## WAIVER OF INDICTMENT

CASE NUMBER: CR07-00680 JF

I, ___Mario Solano Ocampo___, the above named defendant, who is accused of

___illegal reentry, in violation of 8 U.S.C. §1326___

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ___11/1/07___ prosecution by indictment and consent that the
                    *Date*

proceeding may be by information rather than by indictment.

___Mario Solano___
*Defendant*

___Lara SVinno___
*Counsel for Defendant*

Before ___Patricia V Trumbull___
            *Judicial Officer*