UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, November 28, 2007
**Case Number:** CR-07-00680-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. MARIO SOLANO-OCAMPO |
|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Mario Solano-Ocampo |
| Attorneys Present: Benjamin Kennedy | Attorneys Present: Lara Vinnard |

PROCEEDINGS:

Status review hearing held. Counsel are present. Defendant is not present and is held in quarantine lockdown. Continued to 1/16/08 at 9:00 a.m. for further status review. 49 days are excluded for the reasons stated.