1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant SOLANO-OCAMPO

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,           )   No. CR 07-00680 JF
                                        )
                 Plaintiff,             )   **STIPULATION TO CONTINUE**
13                                      )   **HEARING AND EXCLUDE TIME;**
    v.                                  )   **[PROPOSED] ORDER**
14                                      )
    MARIO SOLANO-OCAMPO,                )
15                                      )
                 Defendant.             )
16  _____)

17       Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Wednesday, January 16, 2008, be continued to Wednesday, February 13, 2008, at 9:00 a.m. The

20  continuance is requested because of ongoing defense investigation including obtaining records on

21  defendant's prior convictions.

22       The parties further agree that time should be excluded under the Speedy Trial Act from

23  January 16, 2008, to February 13, 2008, because the defense and the government require time for

24  continued investigation, and the ends of justice outweigh the defendant's and the public's need

25  for a speedy trial.

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00408 JF                           1

| | |
|---|---|
| Dated:     01/15/08 | _____/s/_____<br>LARA S. VINNARD<br>Assistant Federal Public Defender |
| Dated:     01/15/08 | _____/s/_____<br>BENJAMIN KENNEDY<br>Assistant United States Attorney |

## ORDER

The parties have jointly requested a continuance of the hearing set for January 16, 2008, to allow time for continued defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 16, 2008, be continued to February 13, 2008, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 16, 2008, to February 13, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: _____
JEREMY FOGEL
United States District Judge