1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney

5

6    150 Almaden Boulevard
     San Jose, California 95113
     Telephone: (408) 535-5059

7    Facsimile:  (408) 535-5066
     Email: benjamin.t.kennedy@usdoj.gov

8
   Attorneys for the United States of America

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )    No.    CR 07-00680 JF
                                     )
15        Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                     )    ORDER EXCLUDING TIME FROM
16    v.                             )    FEBRUARY 13, 2008 TO MARCH 5, 2008
                                     )    FROM THE SPEEDY TRIAL ACT
17  MARIO SOLANO-OCAMPO,             )    CALCULATION (18 U.S.C. §
                                     )    3161(h)(8)(A))
18        Defendant.                 )
                                     )
19  _____ )

20

21      The parties stipulate that the time between February 13, 2008 and March 5, 2008 is excluded

22  under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

23  continuance would unreasonably deny defense counsel reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

25  ends of justice served by granting the requested continuance outweigh the best interest of the

26  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28  //

                                      1

1 | 18 U.S.C. §3161(h)(8)(A).

2

3 | DATED: February 13, 2008                    JOSEPH P. RUSSONIELLO
                                               United States Attorney
4

5                                                 /s/
                                               BENJAMIN T. KENNEDY
6                                              Assistant United States Attorney

7

8                                                 /s/
                                               LARA VINNARD
9                                              Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1              **ORDER**

2       Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3    ORDERS that the time between February 13, 2008 and March 5, 2008 is excluded under the

4    Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested

5    continuance would unreasonably deny defense counsel reasonable time necessary for effective

6    preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that

7    the ends of justice served by granting the requested continuance outweigh the best interest of the

8    public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The

9    court therefore concludes that this exclusion of time should be made under 18 U.S.C.

10   §3161(h)(8)(A).

11

12   IT IS SO ORDERED.

13   DATED:                                    _____

                                              JEREMY FOGEL
14                                            UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28