UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, February 13, 2008
**Case Number:** CR-07-00680-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. MARIO SOLANO-OCAMPO |  |
|---|---|---|
|  | **PLAINTIFF** | **DEFENDANT** |
|  | United States | Mario Solano-Ocampo |
|  | **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Lara Vinnard |

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present. Continued to 3/5/08 at 9:00 a.m. for further status review. 21 days are excluded for the reasons stated.